## Commonwealth *v.* Benjamin, Appellant.

Submitted December 7, 1970. *Edmund E. DePaul, and DePaul & Manos,* for appellant; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Birchall, Appellant.

Submitted December 7, 1970. *Theodore S. Danforth,* Public Defender, for appellant; *Henry J. Rutherford,* First Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.